No. 73–1672. UNITED STATES *v.* BANKERS TRUST CO. ET AL., TRUSTEES. C. A. 3d Cir. Motion to substitute Bank of New York et al. in place of Morgan Guaranty Trust Company of New York as parties respondent granted. Certiorari denied.

No. 73–1805. AMERICAN DAIRY OF EVANSVILLE, INC. *v.* KRAFTCO CORP. C. C. P. A. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–1846. PERRY *v.* COLUMBIA BROADCASTING SYSTEM, INC., ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–1789. MR. STEAK, INC., ET AL. *v.* EDINA STATE BANK. C. A. 10th Cir. Motion of Stock Transfer Assn., Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 73–1887. TRIANO *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant certiorari.

No. 73–1925. DELPHI COMMUNITY SCHOOL BUILDING CORP. *v.* NORTHEASTERN INSURANCE COMPANY OF HARTFORD ET AL. C. A. 7th Cir. Motion of Fred A. Mauck, Director of Insurance of Illinois, as Liquidator of Home Owners Insurance Co., for leave to file a brief as *amicus curiae* granted. Certiorari denied.